# EXHIBIT A

# COMMERCIAL LINES POLICY
# COMMON POLICY DECLARATIONS

**Hudson Insurance Company**
**100 William Street, 5th Floor**
**New York, NY 10038**

**Certificate / Policy No.  BUI-009493-00**

Renewal of

| **Named Insured and Mailing Address** (Number, Street, Town or City, County, State, Zip Code) | **Producer's Name and Mailing Address** (Number, Street, Town or City, County, State, Zip Code) |
|---|---|
| Rex Express Inc<br><br>3206 Old Castle Rd<br>Joliet, IL 60431 | Elgin South Insurance Agency, Inc.<br><br>548 Whitetail Circle<br>Hampshire, IL 60140 |

Policy Period:  From **08/14/2019** to **08/14/2020** at 12:01 A.M. Standard Time at your mailing address shown above.

Organization Type: **Corporation**

This policy consists of the following coverage parts for which a premium is indicated .  This premium may be subject to adjustments. Your liability coverage, if any, is provided under Master Policy Number **BUI-000000-00** issued to the **Hudson Transportation Purchasing Group**.  Your non-liability coverage, if any, is provided under Policy Number **BUI-009493-00** provided by **Hudson Insurance Company**.

**Policy No. BUI-000000-00 / Certificate No. BUI-009493-00**

| | | |
|---|---|---|
| Commercial General Liability Coverage Part | $ | |
| Commercial Inland Marine - Non-Owned Property | $ | 1,763 |
| Commercial Auto - Liability Coverage Part | $ | 9,049 |

**Policy No. BUI-009493-00**

| | | |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial Inland Marine - Owned Property | $ | |
| Commercial Auto  - Physical Damage Coverage Part | $ | 981 |
| | **TOTAL** $ | 11,793 |

Form(s) and Endorsement(s) made part of this policy at time of issue:
See SCHEDULE OF FORMS, CA BUI 20 00 01 14.

Countersigned:

**CERTIFIED COPY**

Maxie Cabalfin-Tsui
Digitally signed by Maxie Cabalfin-Tsui
DN: cn=Maxie Cabalfin-Tsui, o=Bellingham
Underwriters, ou=Underwriting Account Manager,
email=Maxie.Tsui@bell-ww.com, c=US
Date: 2021.01.22 10:25:56 -08'00'

Name     Date

By_____
Authorized Representative

THESE DECLARATIONS ARE PART OF THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBER POLICY.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1983, 1984

IL BUI 00 19 01 14

# SCHEDULE OF FORMS

| Policy Number: **BUI-009493-00** | Named Insured: | **Rex Express Inc** |
|---|---|---|

## Forms Applicable - Common Forms

| | |
|---|---|
| HUD-CV-001 04/11 | Policy Jacket-Hudson |
| HUD-PRIV 01 2018 | Hudson Privacy Policy |
| IL BUI 00 19 01 14 | Common Policy Declarations |
| IL 00 17 11/98 | Common Policy Conditions |
| IL 00 21 09/08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 62 10/13 | Illinois Changes - Defense Costs |
| IL 01 47 09/11 | Illinois Changes - Civil Union |
| IL 09 35 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap on Losses from Certified Acts of Terrorism |
| HUD-250 06/09 | Policyholder Notice - Illinois Complaint Procedures |
| IL BUI 10 10 01 14 | Punitive Damage Exclusion |

## Forms Applicable - Inland Marine

| | |
|---|---|
| IM BUI 04 00 01/14 | Motor Truck Cargo Declarations |
| IM BUI 04 10 01 14 | Motor Truck Cargo Coverage Form |
| CM 01 28 03/99 | Illinois Changes - Intentional Acts |
| CM 02 04 07/05 | Illinois Changes |

## Forms Applicable - Commercial Auto

| | |
|---|---|
| CA BUI 00 21 01/14 | Motor Carrier Coverage Form Declarations |
| CA 00 20 10/13 | Motor Carrier Coverage Form |
| CA 01 20 01/15 | Illinois Changes |
| CA 02 70 10/13 | Illinois Changes - Cancellation and Nonrenewal |
| CA 03 02 10/13 | Deductible Liability Coverage |
| CA 21 30 11/08 | Illinois Uninsured Motorists Coverage |
| CA 21 38 11/08 | Illinois Underinsured Motorists Coverage |
| CA 23 05 10/13 | Wrong Delivery of Liquid Products |
| CA 23 17 10/13 | Truckers - Uniform Intermodal Interchange Endorsement Form UIIE-1 |
| CA 23 84 10/13 | Exclusion of Terrorism |
| CA 99 03 10/13 | Auto Medical Payments Coverage |
| CA BUI 02 01 01 14 | Hired Autos Endorsement |
| CA BUI 02 08 01 14 | Automatic Loss Payee |
| CA BUI 02 24 01 14 | Additional Insured Combined Form-Automobile |
| AU-CN-IL-1218 02/09 | Illinois Amendment to Uninsured/Underinsured Motorists Coverage - Bodily Injury |
| MCS-90 04/00 | Endorsement for Motor Carrier Policies of Insurance for Public Liability Under Sections 29 and 30 of the Motor Carrier Act of 1980 |

## Forms Applicable - Policy Inserts

| | |
|---|---|
| C-AS-COVER 04/15 | Policy Cover Letter |
| C-AS-Claims 05/10 | Policy Insert-Claims Notice |
| C-AS-Glove 05/10 | Policy Insert-Glove Box Card |
| HUD TRIA 02 15 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |



September 12, 2019

**Elgin South Insurance Agency, Inc.**
**PO Box 370**
**Hampshire, IL 60140**

Re:      Rex Express Inc

         BUI-009493-00

Attached please find a copy of the policy/endorsement. This attachment replaces any binder previously issued. Please review for accuracy prior to delivery to the Insured. If there are any changes or corrections needed, please notify us and we will be happy to help you in any way possible.

Should you have any questions or concern, please do not hesitate to contact us.

Thank you,

*Rod Redfern*

*rod.redfern@bell-uw.com*

*Legal Disclaimers*

*Binding Authority: Coverages cannot be bound, amended, canceled or reinstated by your agency. All coverage requests shall be submitted in writing for review and approval.*

*Issuance of Certificates: You have no authority to revise or in any way alter the provisions of any insurance policy including, but not limited to, issuing any Additional Insured Endorsements. You are authorized to issue unaltered ACORD certificates of insurance using the most current ACORD version and only as evidence of insurance coverage. You are solely responsible for the accuracy and completeness of any certificate or evidence issued and must indemnify, defend and hold Bellingham Underwriters and its Insurers harmless for any certificates issued by you. If you provide copies of certificates or evidence of insurance to Bellingham Underwriters, it is understood that Bellingham Underwriters will not review, analyze or otherwise comment on the accuracy, completeness or propriety of any certificate and will not have any responsibility to provide copies of such certificates or evidence of insurance to Insurers.*



A Division of Arrowhead General Insurance Agency, Inc.
1417 North State Street, Bellingham, WA 98225
360-671-0500 or info@bell-uw.com

## HOW TO REPORT A CLAIM

| | | | |
|---|---|---|---|
| **To:** | Rex Express Inc | **From:** | Bellingham Underwriters |
| **Re:** | Claims Servicing | **Email:** | info@bell-uw.com |
| **Policy #:** | BUI-009493-00 | **Fax:** | 360-671-3959 |
| **Eff Date:** | 08/14/2019 | | |

### YOU ARE REQUIRED TO REPORT ALL ACCIDENTS REGARDLESS OF FAULT

In the event of a claim, contact your insurance agent as soon as possible:

Elgin South Insurance Agency, Inc.          **Phone:**  (847)429-1111
PO Box 370                                  **Fax:**    (224)218-1106
Hampshire IL 60140

Only the agency may officially report a claim. If there is an emergency and your agent cannot be reached, please contact National Claims Management and they will accomodate the situation.

National Claims Management          **Phone:**  (503)636-1266   **OR:** (800)433-6466
PO Box 2109                         **Fax:**    (503)636-1605
Lake Oswego OR 97035                **Email:**  newclaim@nationalclaims.net

*If at any time you need to request loss information for your policy, please send a written request to Bellingham Underwriters.*

C-AS-CLAIMS 11/16

## INSTRUCTIONS:

ILLUSTRATE POSITION OF VEHICLES AT TIME OF COLLISION:

① **SHOW VEHICLES AS**
YOU [A] OTHER [B]

② SHOW SKID MARKS
LABEL EACH STREET
SHOW STOP OR SLOW SIGNS

③ INDICATE DIRECTIONS
N S E W +





KEEP IN GLOVE COMPARTMENT OF YOUR VEHICLE.

# WHAT TO DO IN CASE OF AN ACCIDENT

# REPORT ANY ACCIDENT TO YOUR AGENT IMMEDIATELY

① Keep calm.

② Do not argue or admit liability.

③ If there are injuries, immediately call 911.

④ Put out emergency reflectors.

⑤ Take photos of the accident scene, skid marks and damages to each vehicle BEFORE the vehicles are moved. If you don't have a camera, use your cellular phone to take photos.

⑥ Contact your supervisor immediately.

⑦ Record ALL accident information on this card.

# ACCIDENT NOTES

## Accident Information

Date _____
Time _____
Place _____
Weather Conditions _____
Traffic Conditions _____

## Other Driver

Name _____
Address _____
Phone _____
License # _____ State _____
Plate # _____ State _____

## Owner of Other Vehicle

Name _____
Address _____
Phone _____
Insurance Company _____

## Persons Injured

Name _____
Address _____
Phone _____
Where Taken _____

## Occupants of Other Vehicle

Name _____
Address _____
Phone _____

## Witness 1

Name _____
Address _____
Phone _____

## Witness 2

Name _____
Address _____
Phone _____

## Police/Highway Patrol

Department _____
Officer Name _____
Badge # _____
Case # _____
Citations/Tickets Given   ☐ Yes   ☐ No

## ADDITIONAL NOTES

_____
_____
_____
_____
_____
_____
_____

Agency Information: Elgin South Insurance Agency, Inc.

Phone No: **847 429 1111**

## HUDSON INSURANCE COMPANY

### POLICYHOLDER DISCLOSURE
### NOTICE OF TERRORISM
### INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy.  You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed.  As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year.  If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is two percent (2.0%), and does not include any charges for the portion of losses covered by the United States government under the Act.



# Commercial Lines Policy

**Hudson Insurance Company**
Home Office: 17 State Street, 29th Floor,
New York, New York 10004 - (212) 978-2800

This Policy consists of:
- Declarations
- Common policy conditions
- One or more coverage parts.  A coverage part consists of:
  - One or more coverage forms
  - Applicable forms and endorsements

**In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.**

Christopher L. Gallagher, President

Peter H. Lovell, Corporate Secretary

# PRIVACY POLICY

**Hudson Insurance Group does not disclose any nonpublic personal information about individual policyholders or claimants to any affiliate or any non-affiliate third party other than those permitted by law and only for the purpose of transacting the business of the policyholder's insurance coverage or claim.**

**Hudson Insurance Group consists of:**
**Hudson Insurance Company**
**Hudson Specialty Insurance Company**
**Hudson Excess Insurance Company**

# COMMERCIAL LINES POLICY
# COMMON POLICY DECLARATIONS

### Hudson Insurance Company
### 100 William Street, 5th Floor
### New York, NY 10038

**Certificate / Policy No.   BUI-009493-00**

Renewal of

| **Named Insured and Mailing Address** | **Producer's Name and Mailing Address** |
|---|---|
| (Number, Street, Town or City, County, State, Zip Code) | (Number, Street, Town or City, County, State, Zip Code) |
| **Rex Express Inc**<br><br>3206 Old Castle Rd<br>Joliet, IL 60431 | **Elgin South Insurance Agency, Inc.**<br><br>548 Whitetail Circle<br>Hampshire, IL 60140 |

Policy Period:  From **08/14/2019** to  **08/14/2020** at 12:01 A.M. Standard Time at your mailing address shown above.

Organization Type: **Corporation**

This policy consists of the following coverage parts for which a premium is indicated .  This premium may be subject to adjustments. Your liability coverage, if any, is provided under Master Policy Number **BUI-000000-00** issued to the **Hudson Transportation Purchasing Group**.  Your non-liability coverage, if any, is provided under Policy Number **BUI-009493-00** provided by **Hudson Insurance Company**.

**Policy No. BUI-000000-00 / Certificate No. BUI-009493-00**

| | |
|---|---|
| Commercial General Liability Coverage Part | $ |
| Commercial Inland Marine - Non-Owned Property | $         1,763 |
| Commercial Auto - Liability Coverage Part | $         9,049 |

**Policy No. BUI-009493-00**

| | |
|---|---|
| Commercial Property Coverage Part | $ |
| Commercial Inland Marine - Owned Property | $ |
| Commercial Auto  - Physical Damage Coverage Part | $         981 |
| **TOTAL** $ | **11,793** |

Form(s) and Endorsement(s) made part of this policy at time of issue:
See SCHEDULE OF FORMS, CA BUI 20 00 01 14.

Countersigned:

By_____
                                    Authorized Representative

THESE  DECLARATIONS  ARE  PART  OF  THE  COMMON  POLICY  CONDITIONS,  COVERAGE  PART  DECLARATIONS,  COVERAGE PART  COVERAGE  FORM(S)  AND  FORMS  AND  ENDORSEMENTS,  IF  ANY,  ISSUED  TO  FORM  A  PART  THEREOF,  COMPLETE  THE ABOVE NUMBER POLICY.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1983, 1984

IL BUI 00 19 01 14

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007   □

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007
IL 00 21 09 08   ☐

IL 01 62 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

1. Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Employment-related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

2. Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

3. Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

4. Section **A.** Coverage under the Legal Liability Coverage Form; and

5. Coverage **C** – Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

© Insurance Services Office, Inc., 2013

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the:

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child; or

2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

  © Insurance Services Office, Inc., 2011

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 01 15                    © Insurance Services Office, Inc., 2015                    Page 1 of 1



HUD-250 (06-09)

# POLICYHOLDER NOTICE
# ILLINOIS COMPLAINT PROCEDURES

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the following:

Hudson Insurance Company
17 State Street, 29th Floor
New York, New york 10004

and/or

Illinois Department of Insurance
Consumer Division or Public Services Section
Springfield, Illinois 62767

POLICY NUMBER: **BUI-009493-00**                                    **IL BUI 10 10 01 14**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# PUNITIVE DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**BUSINESS AUTO COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

| Named Insured: **Rex Express Inc** |
| Endorsement Effective date: **08/14/2019** |

Coverage is amended as described below:

This policy does not cover fines, penalties, damages multiplied by operation of law, or punitive or exemplary damages.   This exclusion applies regardless of whether the damages are based upon the insured's conduct or the conduct of some other party for whom the insured may be legally responsible.

If the exclusion of punitive or exemplary damages is not permitted by the law of the state in which a claim for punitive or exemplary damages is brought, then this exclusion shall limit those damages to the extent permitted by law.  In no event shall the total of compensatory and punitive or exemplary damages be payable in excess of the limit of coverage provided herein.

# INLAND MARINE COVERAGE PART
# MOTOR TRUCK CARGO DECLARATIONS

**Certificate/Policy No.  BUI-009493-00**

Effective Date:  **08/14/2019**
12:01 A.M., Standard Time

| LIMITS OF INSURANCE | LIMITS OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Covered property from any one loss, disaster or casualty. Covered property in or at the scheduled locations shown below, if any. | **$100,000** | **$1,000** |
| Losses resulting from loading and unloading are **Not Covered** | | |
| Total Advance Premium | **$1,763** | |

If a value appears under the "Limits of Liability" below in reference to a specifically scheduled location, commodity or vehicle, that limit shall apply to any loss arising from the scheduled location, commodity, or vehicle regardless of the limit declared in the "Limits of Insurance" section above.

**GENERAL COMMODITIES HAULED**

| Commodity | Deductible | Limits of Insurance | Refrigeration Coverage |
|---|---|---|---|
| Bulk Grains Unprocessed | $1,000 | | NO |
| Containers | $1,000 | | NO |

**TRACTOR SCHEDULE**     The following vehicles have been scheduled under this coverage part.

| Year | Manufacturer | Identification No. | Limits of Liability |
|---|---|---|---|
| 2005 | Freightliner Corp. | 1FUJA6CK55LN84105 | |

For Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue see SCHEDULE OF FORMS, CN-AS-2000 09/04

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

IM BUI 04 00  (01/2014)

# MOTOR TRUCK CARGO COVERAGE FORM

In return for timely payment of the premium, and subject to all terms of this policy, "we" agree with "you" as follows:

### PART I    DEFINITIONS-WORDS AND PHRASES WITH SPECIAL MEANING

The following words and phrases have special meaning throughout this policy and "declarations" and are placed in quotations when used.

A.  "Covered property" means only those lawful goods in, on or being transported by a "covered auto" in "your" care custody and control for transportation by "you" pursuant to a bill of lading or other contract for carriage, or "your" "owned goods" being transported in the conduct of your business.

"Covered property" does not include:

1.  Accounts, bills, deeds, evidences of debt, currency, coins, money, securities, notes, letters of credit, or bullion.

2.  Precious stones, jewelry, works of art, paintings, manuscripts, blueprints or mechanical drawings.

3.  Contraband or illegal property or property in the course of illegal trade.

4.  Monies collected or not collected under a C.O.D. uniform bill of lading or shipping receipt.

5.  "Loss to transporting vehicles including trailers and similar vehicles, property used to protect or secure cargo, such as tarps, chains or binders or packing or crating materials or equipment used for "loading and unloading" cargo.

6.  Goods or property being gratuitously carried by "you."

7.  Property tendered to "you" in "your" capacity as either a freight forwarder or transportation broker.

B.  "Covered auto" means:

1.  any self- propelled motor vehicle registered for use on public highways and being operated exclusively in "your" business if one of the following requirements are satisfied:

a.  The self-propelled motor vehicle is identified by vehicle identification number in the "declarations"; or

b.  The self-propelled motor vehicle is a "newly acquired auto"; or

c.  The self-propelled motor vehicle is a "temporary substitute auto".

2.  However, an unattended self-propelled motor vehicle is not a "covered auto" unless the following conditions are met:

a.  the unattended self-propelled motor vehicle was parked by an employee or other persons in "your" employment or service for reasons related to the transportation of "covered property"; and

b.  the unattended self-propelled motor vehicle had not been parked for more than 48 hours at the time of the "loss";

3.  Any trailer that is either:

a.  Attached to a self-propelled motor vehicle that qualifies as a "covered auto"; or

b.  If not attached to a self-propelled motor vehicle that qualifies as a "covered auto", the following requirements are satisfied:

i.   the trailer is parked and not attached to any self-propelled motor vehicle that is registered for use on public highways;

ii.  the trailer was parked by an employee or other persons in "your" employment or service for reasons related to the transportation of the cargo;

iii. the trailer was transported to its parked position by a "covered auto" and had not been detached from that "covered auto" for more than 48 hours; and

iv.  the trailer was parked at a facility where trailers are customarily parked and which is completely surrounded by a secure fence or with an enclosed building or the facility or yard is constantly guarded by a uniformed security service or by constant video camera surveillance.

    v.    For purposes of this coverage form, including "limits of insurance", two or more connected trailers shall be considered one trailer.

C. "Declarations" means all pages labeled Declarations, Supplemental Declarations, or Vehicle Schedules, which pertain to this coverage part.

D. "Limits of insurance" means the maximum amount of insurance that applies as defined in Part IV of this coverage form.

E. "Loading and unloading" means moving, lowering, lifting or otherwise transporting property onto or off any "covered auto".

F. "Loss" means accidental loss or damage.

G. "Newly acquired auto" means any self-propelled motor vehicle "you" acquired as owner or lessee during the policy period but only if:

   1.   "you" have listed all self-propelled motor vehicles that "you" own or lease on the "declarations"; and

   2.   "we" receive written notice from "you" identifying the self-propelled motor vehicle within 30 days of the date on which "you" take possession of the self-propelled motor vehicle.

However, any self-propelled motor vehicle leased by "you" under a trip lease, sublease or other lease with a duration of less than 60 days is not a "newly acquired auto".

H. "Pollutant" means:

   1.   any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed or reconditioned.

   2.   Electrical or magnetic emissions, whether visible or invisible, and sound emissions.

I. "Temporary substitute auto" means any self-propelled motor vehicle "you" do not own that is used in "your" business with the permission of the owner as a temporary substitute for a self-propelled motor vehicle listed by vehicle identification number in the "declarations" while such self-propelled motor vehicle is out of service due to: (1) break down; (2) repair; (3) destruction; or (4) servicing. Any leased self-propelled motor vehicle accompanied by a driver that is not in "your" regular employ or service as a driver prior to such lease is not a "temporary substitute auto".

J. "Suit" means a civil proceeding in which damages because of "loss" to "covered property" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging "loss" to "covered property" to which "you" must submit or submit with our consent.

K. "Transit" begins with the actual movement of the "covered property" by a "covered auto" from the point of shipment bound for a specific destination. "Covered property" remains in transit during the ordinary, reasonable and necessary stops, interruptions or delays or transfers incidental to the route and method of shipment, including rest periods taken by drivers. "Transit" ends upon acceptance of the goods by or on behalf of the consignee at destination but shall not extend beyond 72 hours following the arrival at destination.

L. "We" "us" and "our" mean the company providing the insurance.

M. "You" and "your" mean the person or organization shown as the named insured in the "declarations".

N. "Owned Goods" means personal property "you" own used in "your" business while in "transit".


## PART II    WHERE AND WHEN YOU ARE COVERED BY THIS INSURANCE


"We" cover "loss" occurring during the policy period in the "declarations" in the 48 contiguous states of the United States of America, Alaska, Hawaii, the District of Columbia, Puerto Rico or Canada.

## PART III        MOTOR TRUCK CARGO INSURANCE

### A. INSURING AGREEMENT

"We" will pay for direct physical "loss" to "covered property" in, on, or being transported by a "covered auto" in due course of "transit", directly resulting from any external cause not otherwise excluded.    In your capacity as a Motor Carrier we will pay on "your" behalf only those sums that "you" become legally obligated to pay.   When not operating in the capacity of a Motor Carrier "we" cover "your" "owned goods".

### B. EARNED FREIGHT

"We" will pay freight charges "you" have earned but are legally unable to collect from others because of the "loss" to "covered property". This coverage does not increase the "limits of insurance".  The most "we" will pay under this coverage for all freight charges in any "loss" is the lesser of the "limits of insurance" or $5,000. This extension applies only to your operations as a Motor Carrier.

### C. EXPENSES

"We" will pay expenses for the purpose of reducing any "loss" to "covered property" under this coverage form, not exceeding, however, the amount by which "loss" under this coverage form is reduced.

### D. REMOVAL EXPENSES

1. We will pay removal expenses to remove "covered property" debris caused by or resulting from a "loss" to "covered property" during the policy period.

2. We will pay removal expenses to extract "pollutants" from land or water if the release, discharge, or dispersal of the "pollutants" is caused by or results from "loss" to "covered property" occurring during the policy period. The expenses will be paid only if they are reported to "us" in writing within 180 days of the date of the "loss" to "covered property".

3. The most we will pay for removal expenses is $10,000 per any one "loss", disaster or casualty.

## PART IV        LIMITS OF INSURANCE AND DEDUCTIBLE

### A. LIMITS OF INSURANCE

1. The most we will pay for "loss" to "covered property" in or on a "covered auto is the "limits of insurance" shown for any one "loss", disaster or casualty in the "declarations", less the deductible. However, if an amount is shown in the Limits of Liability section for "Terminal Locations", "Commodities" or "Scheduled Vehicles on the Declarations page or in attached schedules, the most we will pay is the lesser of the Limit for Any one loss, disaster or casualty or the sublimit in the Scheduled Limits Sections.

2. The most "we" will pay for "loss" for vehicles stored at a terminal location is the "limits of insurance" shown in the "declarations" for "covered property" in or at a scheduled terminal location, less all applicable deductible(s).

### B. DEDUCTIBLE

We will adjust any one loss, disaster or casualty as one single occurrence.  "We" will not pay for a "loss" until the amount of the adjusted "loss" exceeds the deductible shown in the "declarations".  "We" will then pay the amount of the adjusted "loss" in excess of the deductible, up to the applicable "limits of insurance".

## PART V   EXCLUSIONS

We" will not pay for a "loss" caused by or resulting from any of the following regardless of other causes or events that contribute to or aggravate the "loss", whether such causes or events act to produce the "loss" before, at the same time as, or after the excluded causes or events:

A.  Delay, loss of use, loss of market, loss of business profits, business interruption or any other consequential loss.

B.  Strikers, locked-out workmen or persons taking part in labor disturbances or riots, or civil commotion. Liability assumed by "you" under an equipment lease, interchange agreement, trip lease, sub-lease or freight brokerage agreement.  This exclusion does not apply to direct physical "loss" to "covered property".

C.  "Your" liability for the payment of any fines, assessments, damages or attorney's fees "you" are required to pay as a result of violations of any law or regulation relating to any delay in the payment, denial or settlement of any claim for "loss".

D.  Internal Revenue taxes or customs duties on alcoholic beverages unless the "loss" of alcoholic beverages is from theft, provided such theft is covered by this policy.

E.  Infidelity, dishonesty, fraudulent or criminal acts of either or both the insured, agents of the insured, partners, officers, directors, trustees, or joint adventurers of the insured or by any person or persons in their employment or service or by any other person or persons to whom the property may be entrusted whether during regular hours of employment or not.

F.  Death, injury, or disappearance of livestock, poultry or any other live animal(s) unless the "loss" is caused directly by fire, lightning, explosion, theft, collision or overturn of a "covered vehicle", tornado, cyclone, windstorm, flood, collapse of bridges or culverts or the perils of water while on ferries. The terms windstorm or water used in this exclusion do not include hail, rain, sleet or snow even if driven by wind.

G.  "Your" operation as a rigger, hoister, erector, installer or dismantler, including "loading and unloading."

H.  Nuclear Hazard – "We" will not pay for "loss" caused by or resulting from a nuclear reaction, nuclear radiation or radioactive contamination, whether controlled or uncontrolled, whether caused by natural, accidental, or artificial means.

I.  Contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, weakness in the "covered property" that causes it to damage or destroy itself.

J.  "Loss" caused by humidity, dampness, dryness, or changes in or extremes in temperature.

K.  War and Military Action

1.  War, including undeclared or civil war;

2.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3.  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

L.  "Loss" to property that occurs during "loading and unloading" unless a premium has been paid for this extension of coverage, and coverage is indicated in the "declarations".

M.  Theft of "covered property" from an unattended "covered auto" unless all windows, doors, and compartments were closed and locked and there are visible signs of violent and forcible entry.

"Loss" to property caused or made worse by the mechanical breakdown or malfunction of any refrigeration equipment on any "covered auto" unless a premium has been paid for this extension of coverage, and coverage is indicated in the "declarations"

## PART VI          SUPPLEMENTARY PAYMENTS

In addition to the "limits of insurance," "we" will pay for "you":

A. If a "suit" is brought against "you" for a "loss" covered by this coverage form, "we" will provide a defense at "our" expense by counsel of "our" choice. "Our" duty to defend or settle ends when the applicable "limits of insurance" have been exhausted by payment of judgments or settlements.

B. The cost of bonds to release attachments in any "suit" "we" defend, but only for bond amounts within "our" "limits of Insurance".

C. All costs taxed against "you" in any "suit" "we" defend.

D. All reasonable expenses incurred by "you" at "our" request, including actual loss of earning up to $100 a day because of time off from work.

E. Prejudgment interest awarded against "you" on that part of the judgment "we" pay. If "we" make an offer to pay the "limits of insurance", "we" will not pay any prejudgment interest based on that period of time after the offer.

All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" "we" defend; but "our" duty to pay interest ends when "we" have paid, offered to pay, or deposited in court the part of the judgment that is within "our" "limits of insurance"

## PART VII  MOTOR TRUCK CARGO LOSS CONDITIONS

We" have no duty to provide coverage under this coverage form unless "you" have fully complied with the conditions set forth in Part VII of this policy.

The following conditions apply in addition to the Common Policy conditions.

A. **ABANDONMENT**

There can be no abandonment of any property.

B. **APPRAISAL**

If "we" and "you" disagree on the value of the "covered property" or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss". If they fail to agree, they will submit their difference to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and the umpire equally.

If "we" submit to an appraisal, "we" retain "our" right to deny the claim.

C. **DUTIES IN THE EVENT OF LOSS**

"You" must see that the following are done in the event of "loss" to "covered property".    The following are conditions precedent to coverage:

1. Notify the police if a law may have been broken.

2. Give prompt notice of the "loss" to "us" or "our" agent.   Include a description of the property involved.

3. As soon as possible, give "us" a description of how, when and where the "loss" occurred including the name, phone number and address of the driver, the name, phone number and address of the shipper or consignee, and a description of the cargo.

4. Take all reasonable steps to protect the "covered property" from further damage. If feasible, set the damaged property aside and in the best possible order for examination.

5. Make no statement that will assume any obligation or admit any liability, for any "loss" for which "we" may be liable, without "our" consent.

6. Permit "us" to inspect the property and records proving "loss".

7. If requested, permit "us" to question "you" under oath, at such times as may be reasonably required, about any matter relating to this insurance or "your" claim, including "your" books and records.

8. Send "us" a signed, sworn statement of "loss" containing the information "we" request to settle the claim. "We" will, on request, promptly furnish "you" with any necessary forms and instructions. "You" must send the statement of loss within 60 days after "our" request. Failure to send the requested statement of loss within 60 days does not invalidate "your" claim, if "you" show that it was not reasonably possible to do so and that "you" submitted the statement of loss to "us" as soon as reasonably possible.

"You" may fulfill this requirement by mailing the notice to "us", postage prepaid, through first class mail deposited in a United States Post Office.

9. Promptly send "us" any legal papers or notices received concerning the "loss".

10. Cooperate with "us" in the investigation or settlement of the claim.

D. **TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY "US"**

1. If two or more of this policy's coverages apply to the same "loss", "we" will not pay more than the actual amount of the "loss".

2. If this policy issued to "you" and another policy issued to someone else by "us" apply to the same "loss", then any payment for damage to "covered property" shall be reduced by amounts payable to "you" by the other person's insurance policy.

E. **LOSS PAYMENT**

1. "We" will pay or make good any "loss" covered under this coverage form within 60 days after:

   a. "We" reach agreement with "you";

   b. The entry of final judgment; or

   c. The filing of an appraisal award; and only after

   d. "You" have returned to "us" the signed sworn statement of loss "we" sent to "you."

F. **VALUATION**

In the event of "loss" to "covered property", "you" must provide "us" with evidence of the value of the "covered property" at the time of the loss. "We" will determine the value of the "loss" using the lowest of the amounts shown below:

1. the fair market value of the "covered property" immediately prior to the "loss" less the fair market value of the "covered property" immediately after the "loss";

2. the invoice value of the "covered property";

3. the cost to rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

4. the value of the "covered property" as limited by any applicable tariff, or released value stated in the bill of lading or shipping documents.

"We" will not be liable for any part of a "loss" that has been paid or made good by others. "We" will not pay "your" overhead or profit for "owned property".

G. **OTHER INSURANCE**

This coverage shall not apply to any "loss" to the extent that any other insurance covers "your" liability for the "loss".   Otherwise, if for any reason the foregoing is unenforceable, this coverage shall be excess over any other applicable coverage.

H. **PRIVILEGE TO ADJUST WITH OWNER**

"We" have the right to settle the "loss" with the owners of the property. A receipt for payment from the owners of that property will satisfy any claim of "yours".

I. **RECOVERIES**

Any recovery of salvage on a "loss" will accrue entirely to "our" benefit until all sums paid by "us" have been equaled.  If "our" benefit of salvage recovery exceeds the "loss" sum "we" paid to "you", then "we" will return the difference to "you", less salvage recovery expenses.

J. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO "US"**

If any person or organization to or for whom "we" make payment under this insurance has rights to recover damages from another, those rights are transferred to "us". That person or organization must do everything necessary to secure "our" rights and must do nothing after "loss" to impair them.

K. **VOLUNTARY SETTLEMENT**

"You" may not settle or voluntarily pay any claim, demand or "suit" relating to a "loss" for which this coverage form provides coverage unless "you" have obtained written authorization to do so from "us" at least 20 days before settling or making any voluntary payment.

L. **MISREPRESENTATION OR FRAUD**

This coverage form may be voided in the event of fraud or misrepresentation by "you" relating to:

IM BUI 04 10 01 14

1. This coverage form
2. The "covered property"; or
3. "Your" interest in the "covered property".

## M. LEGAL ACTION AGAINST "US"

No one may bring a legal action against "us" under this coverage form unless the action is brought within 2 years after "you" first have knowledge of the "loss".

## N. NO BENEFIT TO BAILEE

No person or organization, other than "you", having custody of "covered property", will benefit from this insurance.

## O. POLICY PERIOD

"We" cover "loss" commencing during the policy period shown in the "declarations".

## P. COINSURANCE

If, at the time of loss, the value of the "covered property" is greater than the limit of insurance, "we" will pay only the portion of any "loss" to "covered property" that the "limits of insurance" shown in the "declarations" bears to the total value of the "covered property" at the time of the "loss".

Total value means the actual value of the "covered property" or the released value shown on the shipping receipt or bill of lading, whichever is less.

Any deductible that applies to the "loss" shall be subtracted after coinsurance has been calculated.

## Q. CONFORMITY WITH STATUTE

When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

## PART VIII    OPTIONAL COVERAGE EXTENSIONS

When coverage is indicated in the "declarations" the following coverages are added.

## A. REFRIGERATION BREAKDOWN

### 1. COVERAGE

When the refrigeration or heating unit of a "covered auto" transporting "covered property" has a sudden and accidental breakdown or malfunction, "we" cover direct physical loss to "covered property" caused by spoilage or contamination including decay, fungus, mildew, mold, or rot.

"We" do not pay for "loss" caused by breakdown or malfunction that results from the failure to maintain adequate fuel levels for the refrigeration or heating unit.

### 2. ADDITIONAL CONDITIONS

This coverage is void if "you", or a service representative, do not inspect a vehicle's refrigeration or heating unit at least once each month during the policy period. "You" must maintain a record of each inspection and retain the records for at least one year.

"You" must provide "us" with all records that relate to a "loss" and permit copies and abstracts to be made from them.

## B. LOADING AND UNLOADING

We will pay for "loss" to "covered property" occurring during the "loading and unloading" of "covered property" to or from a "covered auto". "We" only provide coverage under this provision if the "covered property" is loaded from or unloaded onto a sidewalk, street, loading dock, or similar area that is adjacent to the "covered auto".

## C. TERMINAL LOCATIONS

"We" will cover "loss" to "covered property" described on the "declarations" while at a terminal location described on the terminal schedule or within 100 feet of the described terminal.

The most we will pay for this coverage is the "limits of insurance" stated in the "declarations" for "covered property" in or at a scheduled terminal location.

IM BUI 04 10 01 14

COMMERCIAL INLAND MARINE
CM 01 28 03 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

**1.** By or at the direction of any insured; and

**2.** With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**1.** The loss arose out of a pattern of criminal domestic violence; and

**2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL INLAND MARINE
CM 02 04 07 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      **(1)** 30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

      **(2)** 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

6. A copy of the notice will also be sent to your agent or broker.

**B.** The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us:

   1. Until there has been full compliance with all terms of this Coverage Part; and

**2.** More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 © ISO Properties, Inc., 2004 **CM 02 04 07 05**  □

# COMMERCIAL AUTO COVERAGE PART
# MOTOR CARRIER COVERAGE FORM DECLARATIONS

**Policy No.  BUI-009493-00**

Effective Date:  **08/14/2019**
12:01 A.M., Standard Time

**ITEM ONE - NAMED INSURED AND MAILING ADDRESS SHOWN IN POLICY DECLARATIONS**

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge or "included" is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from SECTION I - COVERED AUTOS in the  MOTOR CARRIER COVERAGE FORM next to the name of the coverage.

| COVERED AUTOS (Section I) | COVERAGES | LIMIT | PREMIUM |
|---|---|---|---|
| | **LIABILITY** (Section II) | | |
| 67,68,71 | Liability | $1,000,000 | $8,946 |
| | Personal Injury Protection | | |
| 67 | Auto Medical Payments | $5,000 | $48 |
| 67 | Uninsured/Underinsured Motorists | $1,000,000 | $55 |
| | **TRAILER INTERCHANGE** (Section III) | | |
| 69 | Collision Coverage | | $772 |
| 69 | Comprehensive or Specified Perils | | $209 |
| | **PHYSICAL DAMAGE** (Section IV) | | |
| | Collision Coverage | | |
| | Comprehensive or Specified Perils | | |
| | **Total Advance Premium** | | $10,030 |

For Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue see SCHEDULE OF FORMS.CA BUI 20 00 01 14.

**ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN - Trucks, Tractors & Trailers**

| VEHICLE INFORMATION | LIABILITY COVERAGE | | PHYSICAL DAMAGE COVERAGE | |
|---|---|---|---|---|
| | | Premium | Deductible | Premium |
| 1  **2005 Freightliner Corp. - Tractor Truck, Diesel**  VIN: **1FUJA6CK55LN84105** | Liability | $ 8,067 | **No Coverage** | |
| | PIP | | Collision | |
| | Med Pay | $ 48 | Comprehensive | |
| | UM/UIM | $ 55 | Specified Perils | |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CA BUI 00 21 01 14

**Policy No.  BUI-009493-00**                                                    **Page 2 of 2**

---

**ITEM THREE - UNSCHEDULED AUTOS - Trailers**

| VEHICLE INFORMATION | LIABILITY COVERAGE | | PHYSICAL DAMAGE COVERAGE | |
|---|---|---|---|---|
| | | Premium | Deductible | Premium |
| Refer to **symbols** for description of coverage provided. | Liability<br>PIP<br>Med Pay<br>UM/UIM | $702 | **No Coverage**<br>Collision<br>Comprehensive<br>Specified Perils | |

---

**ITEM FOUR - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS - Liability Coverage**

| ESTIMATED COST OF HIRE | RATE PER $100 COST OF HIRE | ESTIMATED PREMIUM |
|---|---|---|
| **Minimum Premium or "if any" basis** | 1.775 | $ 88 |

---

**SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| RATING BASIS | STATE | PREMIUM |
|---|---|---|
| **0 - 9 Employees** | IL | $ 132 |

---

**ITEM SIX - TRAILER INTERCHANGE COVERAGE**

| | PHYSICAL DAMAGE COVERAGE | | |
|---|---|---|---|
| | | Deductible | Premium |
| The Limit of Insurance shown is the most that we will pay less the Deductible. See MOTOR CARRIER COVERAGE FORM for a complete definition of Trailer Interchange Coverage. | **$ 40,000 - Limit**<br>Collision<br>Comprehensive<br>Specified Perils | $ 1,000<br>$ 1,000 | $ 772<br>$ 209 |

---

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CA BUI 00 21 01 14

COMMERCIAL AUTO
CA 00 20 10 13

# MOTOR CARRIER COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 61 | Any "Auto" | |
| 62 | Owned "Autos" Only | Only the "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 63 | Owned Private Passenger Type "Autos" Only | Only the "private passenger type" "autos" you own. This includes those "private passenger type" "autos" that you acquire ownership of after the policy begins. |
| 64 | Owned Commercial "Autos" Only | Only those trucks, tractors and "trailers" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those trucks, tractors and "trailers" you acquire ownership of after the policy begins. |
| 65 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the no-fault law in the state where they are licensed or principally garaged. |
| 66 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that, because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 67 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 68 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "private passenger type" "auto" you lease, hire, rent or borrow from any member of your household, any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households. |
| 69 | "Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to the "trailers" while in your possession. |

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| **70** | Your "Trailers" In The Possession Of Anyone Else Under A Written Trailer Interchange Agreement | Only those "trailers" you own or hire while in the possession of anyone else under a written "trailer" interchange agreement. When Symbol **70** is entered next to a Physical Damage Coverage in Item Two of the Declarations, the Physical Damage Coverage exclusion relating to "loss" to a "trailer" in the possession of anyone else does not apply to that coverage. |
| **71** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "private passenger type" "autos" owned by your "employees" or partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |
| **79** | "Mobile Equipment" Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **61, 62, 63, 64, 65, 66** or **79** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **67** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II – COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

© Insurance Services Office, Inc., 2011

CA 00 20 10 13

We will have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

The following are "insureds":

a. You for any covered "auto".

b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

(1) The owner or any "employee", agent or driver of the owner, or anyone else from whom you hire or borrow a covered "auto".

(2) Your "employee" or agent if the covered "auto" is owned by that "employee" or agent or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), a lessee or borrower of a covered "auto" or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership), or member (if you are a limited liability company), for a covered "auto" owned by him or her or a member of his or her household.

c. The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected, is being used exclusively in your business.

d. The lessor of a covered "auto" that is not a "trailer" or any "employee", agent or driver of the lessor while the "auto" is leased to you under a written agreement if the written agreement between the lessor and you does not require the lessor to hold you harmless and then only when the leased "auto" is used in your business as a "motor carrier" for hire.

e. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

However, none of the following is an "insured":

(1) Any "motor carrier" for hire or his or her agents or "employees", other than you and your "employees":

(a) If the "motor carrier" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

(b) If the "motor carrier" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are leased to that "motor carrier" and used in his or her business.

However, Paragraph (1) above does not apply if you have leased an "auto" to the for-hire "motor carrier" under a written lease agreement in which you have held that "motor carrier" harmless.

(2) Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" or a "covered pollution cost or expense" occurs while the "trailer" is detached from a covered "auto" you are using and:

(a) Is being transported by the carrier; or

(b) Is being loaded on or unloaded from any unit of transportation by the carrier.

2. **Coverage Extensions**

a. **Supplementary Payments**

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limit specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing "motor carriers" of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of "loss" because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of "your work" after that work has been completed or abandoned.

In the exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed;

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

 © Insurance Services Office, Inc., 2011

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – TRAILER INTERCHANGE COVERAGE**

**A. Coverage**

**1.** We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment under:

**a. Comprehensive Coverage**

From any cause except:

**(1)** The "trailer's" collision with another object; or

**(2)** The "trailer's" overturn.

**b. Specified Causes Of Loss Coverage**

Caused by:

**(1)** Fire, lightning or explosion;

**(2)** Theft;

**(3)** Windstorm, hail or earthquake;

**(4)** Flood;

**(5)** Mischief or vandalism; or

**(6)** The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

**c. Collision Coverage**

Caused by:

**(1)** The "trailer's" collision with another object; or

**(2)** The "trailer's" overturn.

© Insurance Services Office, Inc., 2011

2. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

3. **Coverage Extensions**

The following apply as **Supplementary Payments.** We will pay for you:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

c. All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

d. All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

e. All interest on the full amount of any judgment that accrues after entry of the judgment; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

B. **Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

a. **Nuclear Hazard**

(1) The explosion of any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

b. **War Or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss of use.

3. **Other Exclusions**

We will not pay for "loss" due and confined to:

a. Wear and tear, freezing, mechanical or electrical breakdown.

b. Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

C. **Limits Of Insurance**

The most we will pay for "loss" to any one "trailer" is the least of the following amounts:

1. The actual cash value of the damaged or stolen property at the time of the "loss";

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality; or

3. The Limit Of Insurance shown in the Declarations.

D. **Deductible**

For each covered "trailer", our obligation to pay:

1. The actual cash value of the damaged or stolen property at the time of the "loss" will be reduced by the applicable deductible shown in the Declarations.

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality will be reduced by the applicable deductible shown in the Declarations.

3. The damages for "loss" that would otherwise be payable will be reduced by the applicable deductible shown in the Declarations prior to the application of the Limit Of Insurance shown in the Declarations.

**SECTION IV – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing – Private Passenger Type Autos**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the "private passenger type" is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extension**

   **a. Transportation Expenses**

   We will also pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the "private passenger type". We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2011 CA 00 20 10 13

**b. War Or Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any of the following:

   **a.** Any covered "auto" while in anyone else's possession under a written "trailer" interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

   **b.** Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

   **c.** Tapes, records, discs or similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

   **d.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   **e.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   **f.** Any accessories used with the electronic equipment described in Paragraph **e.** above.

**3.** Exclusions **2.e.** and **2.f.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   **a.** Permanently installed in or upon the covered "auto";

   **b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

   **c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

   **d.** Necessary for the normal operation of the "auto" or the monitoring of the "auto's" operating system.

**4.** We will not pay for "loss" due and confined to:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to "loss" resulting from the total theft of a covered "auto".

**5.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

   **a.** "Loss" to any one covered "auto" is the lesser of:

      **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

      **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   **b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

      **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

      **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

      **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

 © Insurance Services Office, Inc., 2011

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION V – MOTOR CARRIER CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is a "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examination under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

    © Insurance Services Office, Inc., 2011    CA 00 20 10 13

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligation under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance – Primary And Excess Insurance Provisions**

**a.** While any covered "auto" is hired or borrowed from you by another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Primary if a written agreement between you as the lessor and the other "motor carrier" as the lessee requires you to hold the lessee harmless.

**(2)** Excess over any other collectible insurance if a written agreement between you as the lessor and the other "motor carrier" as the lessee does not require you to hold the lessee harmless.

**b.** While any covered "auto" is hired or borrowed by you from another "motor carrier", this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Primary if a written agreement between the other "motor carrier" as the lessor and you as the lessee does not require the lessor to hold you harmless, and then only while the covered "auto" is used exclusively in your business as a "motor carrier" for hire.

**(2)** Excess over any other collectible insurance if a written agreement between the other "motor carrier" as the lessor and you as the lessee requires the lessor to hold you harmless.

**c.** While a covered "auto" which is a "trailer" is connected to a power unit, this Coverage Form's Covered Autos Liability Coverage is:

**(1)** Provided on the same basis, either primary or excess, as the Covered Autos Liability Coverage provided for the power unit if the power unit is a covered "auto".

**(2)** Excess if the power unit is not a covered "auto".

**d.** Any Trailer Interchange Coverage provided by this Coverage Form is primary for any covered "auto".

**e.** Except as provided in Paragraphs **a., b., c.** and **d.** above, this Coverage Form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

**f.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**g.** Regardless of the provisions of Paragraphs **a., b., c., d.** and **e.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

© Insurance Services Office, Inc., 2011

**h.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the "private passenger type" is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION VI – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

 © Insurance Services Office, Inc., 2011 CA 00 20 10 13

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto", if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

**6.** That part of any other contract or agreement, entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your employees, if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" unless the covered "auto" is used in your business as a "motor carrier" for hire as in Section **II,** Paragraph **A.1.d.** of the Who Is An Insured provision.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

    **4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **a.** Power cranes, shovels, loaders, diggers or drills; or

        **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

        **b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above, maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.** Equipment designed primarily for:

        **(1)** Snow removal;

        **(2)** Road maintenance, but not construction or resurfacing; or

        **(3)** Street cleaning;

    **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Motor carrier" means a person or organization providing transportation by "auto" in the furtherance of a commercial enterprise.

**M.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**N.** "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pickup or van type if not used for business purposes.

**O.** "Property damage" means damage to or loss of use of tangible property.

**P.** "Suit" means a civil proceeding in which:

    **1.** Damages because of "bodily injury" or "property damage"; or

© Insurance Services Office, Inc., 2011

**2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**Q.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**R.** "Trailer" includes a semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

COMMERCIAL AUTO
CA 01 20 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

For a covered "auto" licensed or principally garaged in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **1.b.(3)** of the **Who Is An Insured** provision does not apply.

2. The **Limit Of Insurance** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   **a.** $25,000 for "bodily injury" to any one person caused by any one "accident";

   **b.** $50,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **c.** $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage.

**B. Changes In Physical Damage Coverage**

Paragraph **3.** of the **Limits Of Insurance** provision is replaced by the following:

3. We may deduct for betterment if:

   **a.** The deductions reflect a measurable decrease in market value attributable to the poorer condition of, or prior damage to, the vehicle.

   **b.** The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by the addition of the following:

Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if:

1. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

2. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.** while your "auto" is being repaired or evaluated; and

3. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   **a.** $100,000 for "bodily injury" to any one person caused by any one "accident";

   **b.** $300,000 for "bodily injury" to two or more persons caused by any one "accident"; and

   **c.** $50,000 for "property damage" caused by any one "accident".

© Insurance Services Office, Inc., 2014

COMMERCIAL AUTO
CA 02 70 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing us advance written notice of cancellation.

2. When this policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

    **a.** Nonpayment of premium.

    **b.** The policy was obtained through a material misrepresentation.

    **c.** Any "insured" has violated any of the terms and conditions of the policy.

    **d.** The risk originally accepted has measurably increased.

    **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

    **f.** A determination by the Director of Insurance that the continuation of the policy could place us in violation of the Illinois insurance laws.

3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

4. If this policy is cancelled for other than nonpayment of premium and the policy is in effect:

    **a.** 60 days or less, we will mail you at least 30 days' written notice.

    **b.** 61 days or more, we will mail you at least 60 days' written notice.

5. If this policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. The effective date of cancellation stated in the notice shall become the end of the policy period.

7. Our notice of cancellation will state the reason for cancellation.

8. A copy of the notice will also be sent to your agent or broker and the loss payee.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this policy, we will mail you, your agent or broker and the loss payee written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C. Mailing Of Notices**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CA 02 70 10 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

POLICY NUMBER: **BUI-009493-00**

COMMERCIAL AUTO
CA 03 02 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

>AUTO DEALERS COVERAGE FORM
>BUSINESS AUTO COVERAGE FORM
>MOTOR CARRIER COVERAGE FORM

With respect to coverge provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below .

| |
|---|
| Named Insured: **Rex Express Inc** |
| Endorsement Effective Date: **08/14/2019** |

## SCHEDULE

Covered Autos Liability Coverage and Paragraph A. Bodily Injury And Property Damage Liability of Section II - General Liability Coverages in the Auto Dealers Coverage Form are subject to one of the following two deductivles shown below :

| | | |
|---|---|---|
| **Liability Deductible:** | $ | Per "Accident" |
| | **OR** | |
| **"Property Damage" Only Liability Deductible:** | $    500 | Per "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declaration.

**A. LIABILITY COVERAGE DEDUCTIBLE**
   If a Liability Deductible, and not a "Property Damage" Only Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable under Liability coverage will be reduced by the Liability Dductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**B. PROPERTY DAMAGE LIABILITY COVERAGE DEDUCTIBLE**
   If a "Property Damage" Only Liability Deductible, and not a Liability Deductible, is shown in the Schedule, the damages resulting from any one "accident" that are otherwise payable under Liability Coverage for "property damage" will be reduced by the "Property Damage" Only Liability Deductible shown in the Schedule prior to the application of the Limit of Insurance provision.

**C. OUR RIGHT TO REIMBURSEMENT**
   To settle any claim or "suit" we will pay all or any part of any deductible shown in the Schedule. If this happens, you must reimburse us for the deductible or the part of the deductible we paid.

POLICY NUMBER:  **BUI-009493-00**

**COMMERCIAL AUTO**
CA 21 30 11 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**  **Rex Express Inc** |
| **Endorsement Effective Date:**  **08/14/2019** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:  $  1,000,000**          Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Uninsured Motorists Insurance shown in the Schedule or Declarations.

We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

a. $20,000 for "bodily injury" to any one person caused by any one "accident"; and

b. $40,000 for "bodily injury" to two or more persons caused by any one "accident".

This provision will not change our total limit of liability.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form, Medical Payments Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

© Insurance Services Office, Inc., 2008

## E. Changes In Conditions

The Conditions are changed for Uninsured Motorists Insurance Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

5. The following Conditions are added:

   **REIMBURSEMENT AND TRUST**

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   **ARBITRATION**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

   If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

   c. If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

      (1) Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

© Insurance Services Office, Inc., 2008

**(2)** Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $50,000 for "bodily injury" to any one person/$100,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged; or

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

 © Insurance Services Office, Inc., 2008 **CA 21 30 11 08**   ☐

POLICY NUMBER:   **BUI-009493-00**

**COMMERCIAL AUTO**
**CA 21 38 11 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Named Insured:   **Rex Express Inc** | |
| Endorsement Effective Date:   **08/14/2019** | |

### SCHEDULE

| | |
|---|---|
| Limit Of Insurance:   $  **1,000,000** | Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

   a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

   b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

   d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Liability under the Coverage Form, but only at times when that person is an "insured" for Liability under the Coverage Form.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Underinsured Motorists Coverage shown in this endorsement.

2. Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

   a. By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

   b. Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

   c. Under any automobile medical payments coverage.

3. In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the limit of insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage Form.

## E. Changes In Conditions

The Conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

 © Insurance Services Office, Inc., 2008 ☐

b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

c. If the coverage under this Coverage Form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

a. Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

b. File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement". Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

c. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident":

(1) Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

(2) The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

(a) Filed in a court of competent jurisdiction; and

(b) Not barred by the applicable state statute of limitations.

In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

**Transfer Of Rights Of Recovery Against Others To Us** does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we:

a. Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle"; and

b. Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

b. We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**5.** The following Conditions are added:

**REIMBURSEMENT AND TRUST**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**ARBITRATION**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

**4.** "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

**5.** "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by any self-insurer under any applicable motor vehicle law.

**b.** Owned by a governmental unit or agency.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Which is an "uninsured motor vehicle".

          © Insurance Services Office, Inc., 2008          CA 21 38 11 08          ☐

COMMERCIAL AUTO
CA 23 05 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WRONG DELIVERY OF LIQUID PRODUCTS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Covered Autos Liability Coverage** is changed by adding the following exclusion:

This insurance does not apply to:

"Bodily injury" or "property damage" resulting from the delivery of any liquid into the wrong receptacle or to the wrong address, or from the delivery of one liquid for another, if the "bodily injury" or "property damage" occurs after delivery has been completed.

Delivery is considered completed even if further service or maintenance work, or correction, repair or replacement is required because of wrong delivery.

POLICY NUMBER:   **BUI-009493-00**

**COMMERCIAL AUTO**
CA 23 17 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TRUCKERS – UNIFORM INTERMODAL INTERCHANGE ENDORSEMENT FORM UIIE – 1

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:**   Rex Express Inc |
| **Endorsement Effective Date:**   08/14/2019 |

It is agreed that such insurance as is afforded by the policy for Auto Bodily Injury and Property Damage Liability applies to liability assumed by the named insured, as "Motor Carrier Participant", under Section **F.4.** of the Uniform Intermodal Interchange and Facilities Access Agreement, and any subsequent amendments thereto:

**F.4. Indemnity**

   **a.** Subject to the exceptions set forth in Subsection **(b)** below, Motor Carrier agrees to defend, hold harmless, and fully indemnify the Indemnitees (without regard to whether the Indemnitees' liability is vicarious, implied by law, or as a result of the fault or negligence of the Indemnitees), against any and all claims, "suits", loss, damage or liability, for "bodily injury", death and/or "property damage", including reasonable attorney fees and costs incurred in the defense against a claim or "suit", or incurred because of the wrongful failure to defend against a claim or "suit", or in enforcing Section **F.4.** (collectively, the "Damages"), caused by or resulting from the Motor Carrier's: use or maintenance of the Equipment during an Interchange Period; and/or presence on the Facility Operator's premises.

   **b. Exceptions**

The foregoing indemnity provision shall not apply to the extent Damages: **(i)** occur during the presence of the Motor Carrier on the Facility Operator's premises and are caused by or result from the negligent or intentional acts or omissions of the Indemnitees, their agents, "employees", vendors or third party invitees (excluding Indemnitor); or **(ii)** are caused by or result from defects to the Equipment with respect to items other than those set forth in Exhibit **A**, unless such defects were caused by or resulted from the negligent or intentional acts or omissions of the Motor Carrier, its agents, "employees", vendors, or subcontractors during the Interchange Period.

Subject to the following provisions:

   **1.** The limit of the company's liability under this policy for damages because of "bodily injury" and "property damage" arising out of the use, operation, maintenance or possession of interchange equipment shall be the applicable amount stated below and designated by an "x" unless a greater amount is otherwise stated in the policy as applicable to such "bodily injury" or "property damage".

 © Insurance Services Office, Inc., 2011

| X | Single Limit "Bodily Injury" And "Property Damage" (Or the Equivalent) |
|---|---|
| $ | 1000000                              Each "Accident" |

2. The company shall:

    **a.** Upon issuance of this endorsement, furnish to the President, The Intermodal Association of North America, 11785 Beltsville Drive, 11th Flr., Beltsville, MD 20705, a properly executed Certificate of Insurance which carries the notation that the company has issued to the named insured Motor Carrier a policy of liability insurance; and

    **b.** Upon cancellation or termination of the policy of which this endorsement forms a part, furnish a notice of such cancellation or termination NOT LESS THAN 30 DAYS prior to the effective date of such cancellation or termination, such notice to be mailed to said President at the above address.

 © Insurance Services Office, Inc., 2011 CA 23 17 10 13

COMMERCIAL AUTO
CA 23 84 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

   b. When one or both of the following apply:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

© Insurance Services Office, Inc., 2013

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage – Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

© Insurance Services Office, Inc., 2013
CA 23 84 10 13

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

© Insurance Services Office, Inc., 2013

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2011

**7.** "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**8.** "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

**1.** The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

**2.** The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

 © Insurance Services Office, Inc., 2011 **CA 99 03 10 13**

POLICY NUMBER: BUI-009493-00

COMMERCIAL AUTO
CA BUI 02 01 01 14

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# HIRED AUTOS ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

---

Named Insured: **Rex Express Inc**

Endorsement Effective Date: **08/14/2019**

---

ADDITIONAL DEFINITIONS - LIABILITY COVERAGE

(1)  HIRED "AUTOS" are defined as those "autos" you lease, hire, rent or borrow under a verbal or written contract, but does not include any "autos" which are SPECIFICALLY DESCRIBED "AUTOS" nor does it included any "autos" which you lease, hire, rent or borrow from any of your employees or partners or members of their households.

(2)  "COST OF HIRE" is defined as the amount of money you pay or owe to hire, rent or lease HIRED "AUTOS".

(3)  Lease, hiring renting or borrowing of a HIRED "AUTO" includes:
   (i) operation of a HIRED "AUTO" by you or any person under your direction or control;
   (ii) operation of a HIRED "AUTO" by any person, with your consent, under a state or Interstate Commerce Commission Certificate of authority issued to you; or
   (iii) transportation of property or passengers by a HIRED "AUTO" under a bill of lading, ticket or any agreement where you are shown as the carrier of the property or passengers.

Lease, hiring, renting or borrowing of a HIRED "AUTO" occurs even if the owner, lessor or lender of such "auto" agrees to indemnify or otherwise hold you harmless from liability in connection with such use and/or procures insurance on your behalf.   Adjustments in premium will only occur when the exposure basis fluctuates greater or less than 10% from the value estimated at policy inception.

LIABILITY COVERAGE - PREMIUM BASIS:

(1)   The premium basis is the "Cost of Hire" multiplied by the rate per $100 of cost of hire shown in the DECLARATIONS.   You are required to maintain auditable records of your Cost of Hire sufficient to permit us to audit your records and determine the Cost of Hire you have paid or owe during the Policy Period.   Cost of Hire for borrowed "autos" or "autos" hired, rented or leased by you at below market rates, shall be adjusted to comparable gross retail rental charge for the hire, rental or lease of such "autos."   The minimum premium for "autos" hired, rented, leased or borrowed by you and for which you do not maintain auditable records shall be 25% of the premium charged for specifically described "autos" insured during the Policy Period, subject to a maximum charge of the annual premium for the highest rated specifically described "auto" insured during the Policy Period.

2)   Where the owner, lessor, or lender of the "auto" agrees to indemnify or otherwise hold you harmless unconditionally from liability and to defend you in connection with your use of a HIRED "AUTO" and procures minimum liability insurance equal to the limits of this Policy on your behalf, listing you as an insured or additional insured, the insurance premium due for your use of such "auto" shall be calculated using a rate  of **1.78** per $100 Cost of Hire.   This rate will be applicable ONLY if you can produce at the time of our audit of your books and records, certificates of insurance certifying coverage and including as an insured or an additional insured with limits equal to or greater than the limits of liability of this Policy and copies of contracts with each owner, lessor, or lender agreeing to indemnify or otherwise hold harmless unconditionally from liability in connection with the use of such HIRED "AUTOS".   If you are unable to produce such records or have not met these requirements in the use of a HIRED "AUTO" the insurance premium due shall be calculated using a rate of  **7.10** per $100 Cost of Hire.

All other terms and conditions of the policy remain unchanged.

CA BUI 02 01 01 14

POLICY NUMBER: **BUI-009493-00**

**COMMERCIAL AUTO**
**CA BUI 02 08 01 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
# AUTOMATIC LOSS PAYEE

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by endorsement.

| |
|---|
| Named Insured: **Rex Express Inc** |
| Endorsement Effective Date: **08/14/2019** |

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition. Cancellation ends this agreement as to the loss payee's interest.  If we cancel the policy we will mail you and the loss payee the same advance notice

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

Any party to which you are obligated by contract to provide coverage as indicated in the provisions of this endorsement will be considered a Loss Payee provided evidence in the form of a certificate specifically naming the loss payee's interest is on file with the company.

CA BUI 02 08 01 14

POLICY NUMBER: **BUI-009493-00**

**COMMERCIAL AUTO**
**CA BUI 02 24 01 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
# ADDITIONAL INSURED – COMBINED FORM - AUTOMOBILE

This endorsement modifies insurance provided under the following:

**BUSINESS AUTO COVERAGE FORM**
**MOTOR CARRIER COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Named Insured: **Rex Express Inc**

Endorsement Effective Date: **08/14/2019**

"WHO IS AN INSURED" (Section II. A. 1) is amended to include only those categories of person(s) or organization(s) described below with whom you are obligated by a written contract or written agreement to provide insurance such as is afforded by this policy, subject to the following:

A. If the Additional Insured is a lessor of leased autos this insurance does not apply to any "occurrence" which takes place after the equipment lease expires, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

B. If the Additional Insured is engaged in operations as a "Shipper" or "Motor Carrier", coverage afforded by this policy shall only apply as respects to liability arising out of hauling done by the Insured for the Additional Insured.

C. If the Additional Insured owns or controls property on which you travel or perform operations related to your business, coverage afforded by this policy shall only apply to liability which arises from use of a covered auto on property owned or controlled by the Additional Insured.

D. If the Additional Insured is a state or other political subdivision This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit, work order or authorization.

E. If the Additional Insured is an Owner, Lessee or Contractor, this coverage applies only with respect to liability caused by operations performed directly by you and/or your employees, for the Additional Insured at a location designated in a written contract or agreement.

The insurance afforded to the Additional Insured is only with respect to the Additional Insured's vicarious liability for your negligent acts or omissions. No coverage is afforded or extended by this endorsement for any claims arising out of the negligence or willful misconduct of the Additional Insured.

**CA BUI 02 24 01 14**

**PAGE 1 OF 2**

It is further agreed that we will not be responsible for the payment of attorney's fees and costs in the defense of the Additional Insured that are attributable to claims that do not fall within the coverage of this Endorsement, and we have the right to allocate the payment of attorney's fees and costs between covered and uncovered claims at any time, including upon accepting the Additional Insured's tender of defense.

As used in this endorsement:

"Motor Carrier" means a person or organization providing transportation by "auto" in the furtherance of a commercial enterprise.

"Shipper" means any person or organization who hires, contracts or directs a "Motor Carrier" to transport property for or on their behalf.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS AMENDMENT TO UNINSURED/ UNDERINSURED MOTORISTS COVERAGE - BODILY INJURY

This endorsement modifies insurance provided under the following:

    **BUSINESS AUTO COVERAGE FORM**
    **MOTOR CARRIER COVERAGE FORM**
    **TRUCKERS COVERAGE FORM**

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below .

| | |
|---|---|
| Endorsement Effective: **08/14/2019** | Policy Number: **BUI-009493-00** |
| Named      **Rex Express Inc**<br>Insured: | Countersigned by: |

**STATEMENT ELECTING LIMITS**
**FOR UNINSURED/UNDERINSURED MOTORISTS COVERAGE**

I, **Rex Express Inc,** am a Named Insured on a motor vehicle liability insurance policy issued or to be issued by **Hudson Insurance Company**

**Illinois law requires the insurer to offer Uninsured/Underinsured Motorist Coverage equal to the policy's "bodily injury" Liability Combined Single Limit (CSL).**

I elect to have the policy contain lower limits for UM/UIM Coverage than for "bodily injury" liability coverage.  I acknowledge that I was offered UM/UIM Coverage with the limits equal to those for "bodily injury" liability coverage.

Your "bodily injury" liability limit on the policy: **$1,000,000**

      _____ (Insured's initials) I choose to select Uninsured/Underinsured Motorists Coverage at a Combined Single Limit (CSL) of **$1,000,000**

This statement will remain in force until a Named Insured rescinds it in writing or until the motor vehicle "bodily injury" liability limits are changed.

SIGNATURE AND DATE:  **PLEASE NOTE**:  a Named Insured must sign and date this statement at the time a Named Insured elects lower limits.

_____          _____
               Signature - Named Insured                            Date of Signature

SUMMARY OF COVERAGES:

**Bodily Injury Uninsured Motorists Coverage** provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury caused by an automobile accident.  Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

**Bodily Injury Motorists Coverage** provides insurance protection to an insured for compensatory damanges which the insured is legally entitled to recover from the owner or operator of an underinsured motor vehicle because of bodily injury caused by an automobile accident.



U.S. Department
of Transportation

Federal Motor Carrier
Safety Administration

**ENDORSEMENT FOR**
**MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY**
**UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Form Approved:
OMB No.: 2126 -0008

Issued to  **Rex Express Inc  of 3206 Old Castle Rd, Joliet  IL60431**

Dated at  **Bellingham, WA**              this day    **Thursday, September 12, 2019**

Amending Policy No.  **BUI-009493-00**                    Effective Date   **08/14/2019**

Name of Insurance Company  **Hudson Insurance Company**

Countersigned by _____

*Authorized Company Representative*

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]", for the limits   shown:

☑  This insurance is primary and the company shall not be liable for amounts in excess of $   **1,000,000**   for each accident.

☐  This insurance is excess and the company shall not be liable for amounts in excess of $ _____for  each accident
in excess of the underlying limit of $ _____for each accident.

Whenever required by the Federal Highway Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said
policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCS A, to
verify that the policy is in force as of a particular date .  The telephone number to call is:  (360) 671-0500   .

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty -five (35) days notice in writing to
the other party (said 35 days notice to commence from the date th e notice is mailed, proof of mailing shall be sufficient proof of notice),
and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) da ys notice to
the FMCSA (said 30 days notice to commence  from the date the notice is received by the FMCSA at its office in Washington, D.C.).

### DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to
conditions or which results in bodily injury, property damage,
or environmental damage which the insured neither expected
nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck,
tractor, trailer, or semitrailer propelled or drawn by mechanical
power and used on a highway for transporting property, or any
combination thereof.

**BODILY INJURY** means injury to body, sickness, or disease
to any person, including death resulting from any of these.

**PROPERTY DAMAGE** means damage to or loss of use of
tangible property.

**ENVIRONMENTAL RESTORATION** means restitution for the
loss, damage, or destruction of natural resources arising out of
the accidental discharge, dispersal, release or escape into or
upon the land, atmosphere, watercourse, or body of water, of
any commodity transported by a motor carrier.  This shall
include the cost of removal and the cost of necessary
measures taken to minimize or mitigate damage to human
health, the natural environment, fish, shellfish, and wildlife.

**PUBLIC LIABILITY** means liability for bodily injury, property
damage, and environmental restoration.

The insurance policy to which this endorsement is attached
provides automobile liability insurance and is amended to
assure compliance by the insured, within the limits stated
herein, as a motor carrier of property, with Sections 29 and 30
of the Motor Carrier Act of 1980 and the rules and regulations
of the Federal Highway Administration (FMCSA).

In consideration of the premium stated in the policy to which
this endorsement is attached, the insurer (the company)
agrees to pay, within the limits of l iability described herein, any
final judgment recovered against the insured for public liability
resulting from negligence in the operation, maintenance or use
of motor vehicles subject to the financial responsibility
requirements of Sections 29 and 30 of the Motor Carrier Act of
1980 regardless of whether or not each motor vehicle is
specifically described in the policy and whether or not such
negligence occurs on any route or in any territory authorized to
be served by the insured or elsewhere.  Such insurance as is
afforded, for public liability, does not apply to injury to or death
of the insured's employees while engaged in the course of
their employment, or property transported by the insured,
designated as cargo.  It is understood and agreed that no
condition, provision, stipulation, or limitation contained in the
policy, this endorsement, or any other endorsement thereon,
or violation thereof, shall relieve the company from liability or
from the payment of any final judgment, within the limits of

liability herein described, irrespective of the financial condition,
insolvency or bankruptcy of the insured.  However, all terms,
conditions, and limitations in the policy to which the
endorsement is attached shall remain in full force and effect as
binding between the insured and the company.  The insured
agrees to reimburse the company for any payment made by
the company on account of any accident, claim, or suit
involving a breach of the terms of the policy, and for any
payment that the company would not ha ve been obligated to
make under the provisions of the policy except for the
agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the
company to pay any final judgment recovered against the
insured as provided herein, the judgment creditor may
maintain an action in any court of competent jurisdiction
against the company to compel such payment.

The limits of the company's liability for the amounts prescribed
in this endorsement apply separately, to each accide nt, and
any payment under the policy because of any one accident
shall not operate to reduce the liability of the company for the
payment of final judgments resulting from any other accident.

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE.  The limits shown in the schedule are for informational purposes only.
**Form MCS-90** (4/2000)

**SCHEDULE OF LIMITS-*PUBLIC LIABILITY***

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1)  For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (nonhazardous)……………………. | $ 750,000 |
| (2)  For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2.; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403 | $5,000,000 |
| (3)  For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only, with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101, hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | $1,000,000 |
| (4)  For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, and 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |



A Division of Arrowhead General Insurance Agency, Inc.
1417 North State Street, Bellingham, WA 98225
360-671-0500 or info@bell-uw.com

February 20, 2020

**Elgin South Insurance Agency, Inc.**
**PO Box 370**
**Hampshire, IL 60140**

Re:          Rex Express Inc

             BUI-009493-00

Attached please find a copy of the policy/endorsement. This attachment replaces any binder
previously issued.  Please review for accuracy prior to delivery to the Insured.  If there are any
changes or corrections needed, please notify us and we will be happy to help you in any way possible.

Should you have any questions or concerns, please do not hesitate to contact us.

Thank you.

Legal Disclaimers

Binding Authority: Coverages cannot be bound, amended, canceled or reinstated by your agency.  All coverage requests
shall be submitted in writing for review and approval.

Issuance of Certificates: You have no authority to revise or in any way alter the provisions of any insurance policy
including, but not limited to, issuing any Additional Insured Endorsements. You are authorized to issue unaltered
ACORD certificates of insurance using the most current ACORD version and only as evidence of insurance coverage.
You are solely responsible for the accuracy and completeness of any certificate or evidence issued and must
indemnify, defend and hold Bellingham Underwriters and its Insurers harmless for any certificates issued by you. If you
provide copies of certificates or evidence of insurance to Bellingham Underwriters, it is understood that Bellingham
Underwriters will not review, analyze or otherwise comment on the accuracy, completeness or propriety of any
certificate and will not have any responsibility to provide copies of such certificates or evidence of insurance to Insurers .

POLICY NUMBER: **BUI-009493-00**

IL BUI 10 00 01 14

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART - Motor Truck Cargo Form**
**COMMERCIAL INLAND MARINE COVERAGE PART - Contractors' Equipment Form**
**COMMERCIAL AUTO COVERAGE PART - Motor Carrier Coverage Form**
**COMMERCIAL AUTO COVERAGE PART - Business Auto Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by endorsement.

| | |
|---|---|
| Named Insured: | **Rex Express Inc** |
| Endorsement Effective Date: | **02/03/2020** |

Coverage is amended as described below:

**The following "autos" are added to covered autos you own.**

| VEHICLE INFORMATION | LIABILITY COVERAGE | Premium | PHYSICAL DAMAGE COVERAGE | Deductible | Premium |
|---|---|---|---|---|---|
| **2005 Freightliner Corp.  Tractor Truck, Diesel** VIN: **1FUJA6CK65LN01793** **Includes Inland Marine** | Liability PIP Med Pay UM/UIM | | **$ 15,000- Stated Value** Collision Comprehensive Specified Perils | **$ 1,000** **$ 1,000** | **$ 1,016** **$ 279** |

| | | |
|---|---|---|
| Additional (Return) Premium: | **$ 682** | The policy term premium above has been pro-rated by **0.527** for the term of this endorsement. |

Endorsement Transaction No: **283919**
Processed **02/20/2020** by **MT**

Elgin South Ins-Hampshire-1,938

IL BUI 10 00 01 14



A Division of Arrowhead General Insurance Agency, Inc.
1417 North State Street, Bellingham, WA 98225
360-671-0500 or info@bell-uw.com

April 05, 2020

**Elgin South Insurance Agency, Inc.**
**PO Box 370**
**Hampshire, IL 60140**

Re:          Rex Express Inc

             BUI-009493-00

Attached please find a copy of the policy/endorsement. This attachment replaces any binder
previously issued.  Please review for accuracy prior to delivery to the Insured.  If there are any
changes or corrections needed, please notify us and we will be happy to help you in any way possible.

Should you have any questions or concerns, please do not hesitate to contact us.

Thank you.

Legal Disclaimers

Binding Authority: Coverages cannot be bound, amended, canceled or reinstated by your agency.  All coverage requests
shall be submitted in writing for review and approval.

Issuance of Certificates: You have no authority to revise or in any way alter the provisions of any insurance policy
including, but not limited to, issuing any Additional Insured Endorsements. You are authorized to issue unaltered
ACORD certificates of insurance using the most current ACORD version and only as evidence of insurance coverage.
You are solely responsible for the accuracy and completeness of any certificate or evidence issued and must
indemnify, defend and hold Bellingham Underwriters and its Insurers harmless for any certificates issued by you. If you
provide copies of certificates or evidence of insurance to Bellingham Underwriters, it is understood that Bellingham
Underwriters will not review, analyze or otherwise comment on the accuracy, completeness or propriety of any
certificate and will not have any responsibility to provide copies of such certificates or evidence of insurance to Insurers .

POLICY NUMBER: **BUI-009493-00**                                                                    **IL BUI 10 00 01 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART - Motor Truck Cargo Form**
**COMMERCIAL INLAND MARINE COVERAGE PART - Contractors' Equipment Form**
**COMMERCIAL AUTO COVERAGE PART - Motor Carrier Coverage Form**
**COMMERCIAL AUTO COVERAGE PART - Business Auto Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by endorsement.

| | |
|---|---|
| Named Insured: | **Rex Express Inc** |
| Endorsement Effective Date: | **03/04/2020** |

Coverage is amended as described below:

**The following "autos" are reclassed to full time use.**

| VEHICLE INFORMATION | LIABILITY COVERAGE | Premium | PHYSICAL DAMAGE COVERAGE | Deductible | Premium |
|---|---|---|---|---|---|
| **2005 Freightliner Corp.  Tractor Truck, Diesel** VIN: **1FUJA6CK65LN01793** **Includes Inland Marine** | Liability PIP Med Pay UM/UIM | $ 8,067 $ 48 $ 55 | **$ 15,000- Stated Value** Collision Comprehensive Specified Perils | $ 1,000 $ 1,000 | $ 1,016 $ 279 |

**The following "autos" are reclassed to spare status.**

| VEHICLE INFORMATION | LIABILITY COVERAGE | Premium | PHYSICAL DAMAGE COVERAGE | Premium |
|---|---|---|---|---|
| **2005 Freightliner Corp.  Tractor Truck, Diesel** VIN: **1FUJA6CK55LN84105** | Liability PIP Med Pay UM/UIM | $ 2,917 $ 48 $ 55 | **No Coverage** Collision Comprehensive Specified Perils | |

Additional (Return) Premium:          **$ 1,343**          The policy term premium above has been pro-rated by **0.445** for the term of this endorsement.

Endorsement Transaction No: **286576**
Processed **04/05/2020** by **MT**

**IL BUI 10 00 01 14**                                                                    Elgin South Ins-Hampshire-1,938



A Division of Arrowhead General Insurance Agency, Inc.
1417 North State Street, Bellingham, WA 98225
360-671-0500 or info@bell-uw.com

May 20, 2020

**Elgin South Insurance Agency, Inc.**
**PO Box 370**
**Hampshire, IL 60140**

Re:        Rex Express Inc

           BUI-009493-00

Attached please find a copy of the policy/endorsement. This attachment replaces any binder
previously issued.  Please review for accuracy prior to delivery to the Insured.  If there are any
changes or corrections needed, please notify us and we will be happy to help you in any way possible.

Should you have any questions or concerns, please do not hesitate to contact us.

Thank you.

Legal Disclaimers

Binding Authority: Coverages cannot be bound, amended, canceled or reinstated by your agency.  All coverage requests
shall be submitted in writing for review and approval.

Issuance of Certificates: You have no authority to revise or in any way alter the provisions of any insurance policy
including, but not limited to, issuing any Additional Insured Endorsements. You are authorized to issue unaltered
ACORD certificates of insurance using the most current ACORD version and only  as evidence of insurance coverage.
You are solely responsible for the accuracy and completeness of any certificate or evidence issued and must
indemnify, defend and hold Bellingham Underwriters and its Insurers harmless for any certificates issued by you. If you
provide copies of certificates or evidence of insurance to Bellingham Underwriters, it is understood that Bellingham
Underwriters will not review, analyze or otherwise comment on the accuracy, completeness or propriety of  any
certificate and will not have any responsibility to provide copies of such certificates or evidence of insurance to Insurers .

POLICY NUMBER: **BUI-009493-00**

IL BUI 10 00 01 14

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# GENERAL CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART - Motor Truck Cargo Form**
**COMMERCIAL INLAND MARINE COVERAGE PART - Contractors' Equipment Form**
**COMMERCIAL AUTO COVERAGE PART - Motor Carrier Coverage Form**
**COMMERCIAL AUTO COVERAGE PART - Business Auto Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by endorsement.

| | |
|---|---|
| Named Insured: | **Rex Express Inc** |
| Endorsement Effective Date: | **04/18/2020** |

Coverage is amended as described below:

**The following "autos" are deleted from covered autos you own.**

| VEHICLE INFORMATION | LIABILITY COVERAGE | Premium | PHYSICAL DAMAGE COVERAGE | Premium |
|---|---|---|---|---|
| **2005 Freightliner Corp.  Tractor Truck, Diesel** VIN: **1FUJA6CK55LN84105** | Liability | $(2,917) | **No Coverage** | |
| | PIP | | Collision | |
| | Med Pay | $(48) | Comprehensive | |
| | UM/UIM | $(55) | Specified Perils | |

| | | | |
|---|---|---|---|
| Additional (Return) Premium: | **$(971)** | The policy term premium above has been pro-rated by **0.322** for the term of this endorsement. | |

Endorsement Transaction No: **288960**
Processed **05/20/2020** by **MT**

Elgin South Ins-Hampshire-1,938

IL BUI 10 00 01 14