IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>       Plaintiff,<br><br> v.<br><br>REX EXPRESS, INC., an Illinois corporation, PINOY TRUCKING, INC., an Illinois corporation, MONTESA EXPRESS, INC., an Illinois corporation, TENNESSEE COMMERCIAL WAREHOUSE, INC., a Tennessee corporation, LEE GUNTER as the personal representative of the ESTATE of ANTHONY DUNN, REX MONTESA, NOLASCO MONTESA, TIMOTHY GRUVER, KARRI GRUVER, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>       Defendants. | No. 1:22-cv-01019-JBM-JEH |

## MOTION FOR DEFAULT ORDER

Plaintiff Hudson Insurance Company ("Plaintiff") by and through its counsel CLAUSEN MILLER P.C., moves this Honorable Court for entry of default against Defendants Rex Express, Inc., Pinoy Trucking, Inc., Montesa Express, Inc., Lee Gunther, Rex Montesa, Nolasco Montesa and State Farm Mutual Automobile Insurance Company (collectively the "Non-Responsive Defendants"). In support of its motion, Hudson states as follows:

  1.  Hudson filed its Complaint for Declaratory Judgment on January 24, 2022 against all named defendants including the Non-Responsive Defendants. See Complaint (without exhibits) attached hereto as Exhibit A.

2. On April 12, 2022, Hudson filed a motion for default against the Non-Responsive Defendants based upon the fact that they did not file responsive pleadings to the Complaint after they were initially served (the "Initial Motion for Default").

3. On April 28, 2022, Hudson filed a motion for leave to withdraw its Initial Motion for Default based upon the fact that Federal Express did not obtain signatures for individuals that were served.

4. Upon the Court granting this motion, Hudson re-served each of the defendants.

5. On May 24, 2022, Rex Express, Inc. was served with an Alias Summons and Complaint via process server. See Rex Express, Inc. Affidavit of Process Server attached hereto as Exhibit B.

6. On May 16, 2022, Pinoy Trucking, Inc. was served with a Second Alias Summons and Complaint by process server. See Pinoy Trucking Affidavit of Process Server attached hereto as Exhibit C.

7. On May 16, 2022, Defendant Montessa Express, Inc. was served with the Alias Summons and Complaint by process server. See Montessa Express Affidavit of Process Server attached hereto as Exhibit D.

8. On May 20, 2022, Lee Gunter was served with the Alias Summons and Complaint by process server. See Gunter Affidavit of Process Server attached hereto as Exhibit E.

9. On May 24, 2022, Rex Montesa was served with the Alias Summons and Complaint by process server. See Rex Montesa Affidavit of Process Server attached hereto as Exhibit F.

10. On May 16, 2022, Nolasco Montesa was served with the Alias Summons and Complaint by process server. See Nolasco Montesa Affidavit of Process Server attached hereto as Exhibit G.

11.	On May 13, 2022, State Farm Mutual Automobile Insurance Company was served with the Alias Summons and Complaint by process server.  See State Farm Affidavit of Process Server attached hereto as Exhibit H.

12.	More than 21 days have passed since service on the Non-Responsive Defendants.  There is no record of the Non-Responsive Defendants filing an appearance or a responsive pleading.  See Docket Report attached hereto as Exhibit I; affidavit of Colleen A. Beverly attached hereto as Exhibit J.

13.	For the foregoing reasons, the Non-Responsive Defendants are in default for failure to appear, plead or otherwise defend this action within 21 days after being served with the Summons and a copy of the Complaint as required by Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, HUDSON INSURANCE COMPANY respectfully requests that this Court find that the Non-Responsive Defendants are in default and set this matter for entry of a judgment and prove-up.

    Respectfully submitted,

    */s/ Colleen A. Beverly*
    COLLEEN A. BEVERLY
    ARDC No. 6269463

COLLEEN A. BEVERLY (ARDC No. 6269463)
CLAUSEN MILLER PC
10 South LaSalle Street
Chicago, IL 60603-1098
Phone:	(312) 855-1010
Fax:	(312) 606-7777
Email:	cbeverly@clausen.com
*Attorneys for Plaintiff Hudson Insurance Company*

## CERTIFICATE OF SERVICE

    I certify that on July 8, 2022, I electronically filed the foregoing Motion for Default Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>William P. Ryan
>Matthew C. Koch
>Marwedel, Minichello & Reeb, P.C.
>303 W. Madison Street, Suite 1100
>(312) 902-1600
>bryan@mmr-law.com
>mkoch@mmr-law.com

    I further certify that I have mailed by certified mail through the United States Postal Service the Motion for Default to the following non CM/ECF participants:

| | |
|---|---|
| Rex Express, Inc.<br>c/o John Conway, Esq.<br>Sullivan Hinks & Conway<br>120 W. 22nd Street, Suite 100<br>Oak Brook, IL 60523 | Pinoy Trucking, Inc.<br>c/o Nolasco Montesa<br>President<br>16520 Driftwood Drive<br>Plainfield, IL 60586 |
| Montesa Express, Inc.<br>c/o Maria Gloria Diokno<br>13606 Golden Meadow Drive<br>Plainfield, IL 60544 | Lee Gunter, as the personal representative of the Estate of Anthony Dunn<br>53 N. Chicago Street, Suite 303<br>Joliet, IL 60432 |
| State Farm Mutual Insurance Company<br>One State Farm Plaza<br>Bloomington, IL 61710 | Rex Montesa<br>3206 Old Castle Road<br>Joliet, IL 60431 |
| Nolasco Montesa<br>16520 Driftwood Drive<br>Plainfield, IL 60586 | Karri Gruver<br>9961 E. Quarry Trail<br>Scottsdale, AZ 85262 |
| Timothy Gruver<br>9961 E. Quarry Trail<br>Scottsdale, AZ 85262 | |

    */s/ Colleen A. Beverly*
    COLLEEN A. BEVERLY
    ARDC No. 6269463

8366193.1