IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>REX EXPRESS, INC., an Illinois corporation, PINOY TRUCKING, INC., an Illinois corporation, MONTESA EXPRESS, INC., an Illinois corporation, TENNESSEE COMMERCIAL WAREHOUSE, INC., a Tennessee corporation, LEE GUNTER as the personal representative of the ESTATE of ANTHONY DUNN, REX MONTESA, NOLASCO MONTESA, TIMOTHY GRUVER, KARRI GRUVER, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>　　　　　　　　　Defendants. | No. 1:22-cv-01019-JBM-KLM |

**STIPULATION OF DISMISSAL**

Now come Plaintiff Hudson Insurance Company ("Hudson") and Defendant Tennessee Commercial Warehouse, Inc. ("TCW") by and through their counsel CLAUSEN MILLER P.C. and MARWEDEL, MINICHELLO & REEB, P.C., and hereby stipulate as follows:

1.　　Hudson filed this declaratory judgment action against various parties including TCW. Default judgment was entered against all parties except TCW and the underlying claimants Defendants Timothy and Karri Gruver (the "Gruvers").

2.　　The Gruvers were named as nominal parties and Hudson asserted no claims against them. Consequently, TCW is the only remaining defendant in this action against which Hudson has unresolved claims.

1

8697839.1

3. Hudson seeks a declaration that Hudson Insurance Company policy number BUI-009493-00 does not provide coverage for TCW with respect to the action bearing Case No. 1:21-cv-01210-JBM-JEH pending in the United States District Court for the Central District of Illinois (the "Underlying Action"). Further, Hudson seeks a declaration that it does not have a duty to defend or indemnify TCW with respect to the Underlying Action.

4. TCW agrees that Hudson Insurance Company policy number BUI-009493-00 does not provide coverage for TCW and that Hudson does not have a duty to defend or indemnify TCW in the Underlying Action.

5. In light of TCW's position Hudson agrees to voluntarily dismiss TCW from this litigation without prejudice.

IT IS SO STIPULATED.

| /s/ William P. Ryan | /s/ Colleen A. Beverly |
|---|---|
| WILLIAM P. RYAN<br>Marwedel, Minichello & Reeb, P.C.<br>303 W. Madison Street, Suite 1100<br>Chicago, IL 60606<br>(312) 902-1600<br>bryan@mmr-law.com<br>*Attorneys for Defendant Tennessee Commercial Warehouse, Inc.* | COLLEEN A. BEVERLY<br>ARDC No. 6269463<br>Clausen Miller PC<br>10 South LaSalle Street<br>Chicago, IL 60603-1098<br>(312) 855-1010<br>cbeverly@clausen.com<br>*Attorneys for Plaintiff Hudson Insurance Company* |

2

8697839.1

**CERTIFICATE OF SERVICE**

    I certify that on November 28, 2022, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William P. Ryan
Matthew C. Koch
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street, Suite 1100
Chicago, IL 60606
(312) 902-1600
bryan@mmr-law.com
mkoch@mmr-law.com

Andrew J. Mazzuca
Morici, Longo & Associates
730 W Randolph, 6thFloor
Chicago, IL 60661
(312) 372-9600

                                                     */s/ Colleen A. Beverly*
                                                     COLLEEN A. BEVERLY
                                                     ARDC No. 6269463

8697839.1