# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HUDSON INSURANCE COMPANY, a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>REX EXPRESS, INC., an Illinois corporation, PINOY TRUCKING, INC., an Illinois corporation, MONTESA EXPRESS, INC., an Illinois corporation, TENNESSEE COMMERCIAL WAREHOUSE, INC., a Tennessee corporation, LEE GUNTER as the personal representative of the ESTATE of ANTHONY DUNN, REX MONTESA, NOLASCO MONTESA, TIMOTHY GRUVER, KARRI GRUVER, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:22-cv-01019-JBM-KLM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Now comes Plaintiff Hudson Insurance Company ("Hudson") by and through its counsel CLAUSEN MILLER P.C. and moves this Honorable Court to voluntarily dismiss Defendants Timothy and Karri Gruver without prejudice and each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

                   /s/ Colleen A. Beverly
                   COLLEEN A. BEVERLY
                   ARDC No. 6269463
                   Clausen Miller PC
                   10 South LaSalle Street
                   Chicago, IL 60603-1098
                   (312) 855-1010
                   cbeverly@clausen.com
                   Attorneys for Plaintiff Hudson Insurance Company

8822483.1

**CERTIFICATE OF SERVICE**

      I certify that on January 12, 2023, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William P. Ryan
Matthew C. Koch
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street, Suite 1100
Chicago, IL 60606
(312) 902-1600
bryan@mmr-law.com
mkoch@mmr-law.com

Andrew J. Mazzuca
Morici, Longo & Associates
730 W Randolph, 6thFloor
Chicago, IL 60661
(312) 372-9600

                                                      */s/ Colleen A. Beverly*
                                                      COLLEEN A. BEVERLY
                                                      ARDC No. 6269463

8822483.1